IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ANTHONY J. PETERS, # 18410                                                           PLAINTIFF

VS.                                                            CIVIL ACTION NO. 2:09cv178-KS-MTP

DR. RONALD WOODALL, et al.                                           DEFENDANTS

## ORDER DIRECTING RESPONSE TO MOTION

Presently pending before the court is a Motion [20] to Dismiss for Failure to Exhaust Administrative Remedies filed by Defendants Christopher Epps and Ron King on July 16, 2010. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1.     Plaintiff shall file his response to the motion on or before September 10, 2010; and

2.     Should Plaintiff fail to respond by September 10, 2010, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 24th day of August, 2010.

                                                                        s/ Michael T. Parker
                                                                        United States Magistrate Judge